# EXHIBIT "B"




**Office of the Secretary**
# Department of Finance

P.O. Box 5234 CHRB, Saipan MP 96950          TEL: (670) 664-1100   FAX: (670) 664-1115

March 21, 2022                                                                 SFL 2022-109

Keith Stewart
Marianas Pacific Express dba
Marianas Southern Airways
PMB 586 Box 10000
Saipan, MP 96950

Re:    *Notice to Proceed for Contract No. 32200854 for the Airline Services*

Dear Mr. Stewart,

We are pleased to notify you that March 21, 2022 is hereby established as the official Notice to Proceed date for the subject project.

Should there be any delays in completing this contract please notify me in writing.  Please note that any expenses incurred prior to the approval of a properly executed Contract Change Order may not be eligible for reimbursement.

If you have any questions, please do not hesitate to contact me at 670-664-1100 or via email at david.atalig@dof.gov.mp.

Respectfully,

David DLG, Atalig
*Secretary of Finance*

*cc:  Francisco C. Aguon, Procurement Services*
    *Bernadita C. Palacios, Financial Services*