# **EXHIBIT "C"**




**Department of Finance**
**Division of Procurement and Supply**

P.O. BOX 510008 CK SAIPAN, MP 96950   TEL. (670) 664-1500   FAX (670) 664-1515

# MEMORANDUM

**TO** : Secretary of Finance

**FROM** : Acting Director of Procurement Services

**SUBJECT** : Completion of Contract Processing

---

**Pursuant to NMIAC Section 70-30.3-115 (g) (1)** of the CNMI Procurement Regulations, this is to inform you that processing of the attached contract no. 32200854 for the **Airline Services** vs. **Marianas Pacific Express, LLC.** is completed. You may proceed with contract implementation according to the terms contained therein. Please provide this office a copy of the **"NOTICE TO PROCEED"** if applicable.

Francisco C. Aguon

03/21/2022
Date

Attachments:

Cc:  Director- Finance & Accounting (with attachments)
     Contract File (with attachments)
     Vendor (with attachments)

Acknowledgement Copy: Original Contract, Department and Vendor's Copy

Received By:_____   _____   _____
             Department          Print Name and Signed        Date