# EXHIBIT "D"

# ROUTING SLIP

NOTE: CONTRACTS TO BE RELEASED TO AUTHORIZE PERSONNEL DESIGNATED BY PROCUREMENT AND SUPPLY.

| ROUTE | DEPARTMENT/OFFICE | PRINT | DATE IN | DATE OUT |
|---|---|---|---|---|
| 1 | PROCUREMENT SERVICES | | 3/10 | 3/10 |
| 2 | FINANCIAL SERVICES | | | |
| 3 | SECRETARY OF FINANCE | | 3/10 | 3/10 |
| 4 | ATTORNEY GENERAL | Sephora | OAG-CIVIL DIV 2022 MAR 10 PM 12:49 | |
| 5 | GOVERNOR | Kianna | 3/18 | 3/21 |
| 6 | CONTRACTOR | | | |
| 7 | PROCUREMENT SERVICES | | | |
| 8 | FOR COMPLETION * Please Submit Signed Original Contract with 3-Copies* | | | |

*PLEASE CALL 664-1500, 1506 WHEN CONTRACTS ARE READY FOR PICK-UP WALK-THRU  Velma  664-1122

## CONTRACT SPECIFICATION

CONTRACTING OFFICER  : Secretary of Finance

VENDOR  : Marianas Pacific Express

PROJECT  : AIRLINE SERVICES (S/S)

AMOUNT  : $8,000,000.00

ACCOUNT NUMBER  88990002

CONTRACT NUMBER  :  32200854

OAG-CIVIL DIV
2022 MAR 10 PM 12:49

_____
Francisco C. Aguon
DIRECTOR OF PROCUREMENT SERVICES

03/10/2022
DATE