**MARIANAS LEGAL STRATEGY GROUP, LLC**
Sean E. Frink
Security Title Bldg., 2nd Floor
Isa Drive, Capital Hill
P.O. Box 10001, PMB 323
Saipan, MP 96950
Telephone No. (670)322-9991
Facsimile No. (670)322-9993
sfrink@mlsg.law

Attorneys for Defendant
Southern Airways Express, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STAR MARIANAS AIR, INC., | Civil Action No. 24-00010 |
| Plaintiff, | |
| v. | **SOUTHERN AIRWAYS EXPRESS LLC'S MOTION TO DISMISS COUNTS I AND II OF THE COMPLAINT PURSUANT TO FRCP 12(B)(6) AND 12(B)(7)** |
| SOUTHERN AIRWAYS EXPRESS, LLC, MARIANAS PACIFIC EXPRESS LLC d/b/a MARIANAS SOUTHERN AIRWAYS, and KEITH STEWART, | Judge:  Hon. Ramona V. Manglona |
| Defendants. | Hearing: November 21, 2024, at 9:00 a.m. |

NOW COMES Defendant Southern Airways Express LLC ("Southern Airways"), by and through its attorney, Sean E. Frink, of the Marianas Legal Strategy Group, LLC, and moves to Dismiss Counts I and II of Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), and 19. This Motion is supported by the concurrently filed Memorandum of Points and Authorities, the pleadings filed herein, matters which the Court may take judicial notice of, and such additional evidence and documents as the Court may deem appropriate to consider.

1

DATED: September 17, 2024                    Respectfully submitted,

1

MARIANAS LEGAL STRATEGY GROUP, LLC

2

3

4                    _____*/s/ Sean E. Frink*_____

Sean E. Frink,

5                    Attorneys for Defendant
Southern Airways Express, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28