**THOMPSON LAW, LLC**
Colin M. Thompson, F0221
Paradiso Resort & Spa, Suite 301
PMB 917 Box 10001
Saipan MP 96950
Telephone No.: (670) 233-0777
Facsimile No.: (670) 233-0776

*Attorney for Marianas Pacific Express, LLC d/b/a Marianas Southern Airways and Keith Stewart*

### IN THE UNITED STATES DISTRICT COURT
### OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STAR MARIANAS AIR INC., <br><br> Plaintiff, <br> vs. <br><br> SOUTHERN AIRWAYS EXPRESS, LLC, MARIANAS PACIFIC EXPRESS, LLC d/b/a MARIANAS SOUTHERN AIRWAYS, and KEITH STEWART, <br><br> Defendants. | Case 1:24-CV-00010 <br><br> **STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS MARIANAS PACIFIC EXPRESS, LLC d/b/a MARIANAS SOUTHERN AIRWAYS AND KEITH STEWART TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE SHERMAN ACT** <br><br> Date: N/A <br> Time: N/A <br> Judge: Hon. Ramona V. Manglona |

**COMES NOW,** Defendants, Marianas Pacific Express, LLC d/b/a Marianas Southern Airways, and Keith Stewart (collectively "Defendants"), by and through their counsel, Colin M. Thompson, and Plaintiff, Star Marianas Air, Inc. ("Plaintiff"), by and through its counsel Mark Scoggins, to stipulate for an order from the Court extending time for Defendants to respond to Plaintiff's First Amended Complaint for Violations of the Sherman Act [ECF No. 34].

1. On December 5, 2024, Plaintiff filed its First Amended Complaint for Violations of the Sherman Act ("FAC") [ECF No. 34] The deadline for a response was December 19, 2024.

2. On December 16, 2024, the parties filed a Stipulation to Extend Time for Defendants to Respond to First Amended Complaint [ECF No. 37]. That same day, the Court issued an Order Granting Stipulation to Extend Time for Defendants to Respond to First Amended Complaint [ECF No. 38]. The deadline for a response was January 9, 2025.

3. On January 9, 2025, Defendant Southern Airways Express, LLC ("Southern Airways") filed a Motion to Dismiss Counts I and II of the First Amended Complaint Pursuant to FRCP 12(B)(7) [ECF No. 39]. That same day, Defendants filed their Joinder in Motion to Dismiss Counts I and II of the First Amended Complaint Pursuant to FRCP 12(B)(7) by Southern Airways Express [ECF No. 40]. On January 22, 2025, Plaintiff filed its Opposition to Motion to Dismiss [ECF No. 41]. On January 29, 2025, Southern Airways filed its Reply in Support of Motion to Dismiss Counter I and II of the First Amended Complaint Pursuant to FRCP 12(B)(7) [ECF No. 42]. That same day, Defendants filed their Joinder in Reply in Support of Motion to Dismiss Counter I and II of the First Amended Complaint Pursuant to FRCP 12(B)(7) by Southern Airways [ECF No. 43]. On February 13, 2025, the Court heard Southern Airways' Motion to Dismiss. The Court rendered its decision, denying the Motion to Dismiss, provided the basis for its ruling and ordered the Defendants and Southern Airways to respond to the First Amended Complaint [ECF No. 48]. The new deadline for a response is February 27, 2025. Fourteen (14) days after the Court's ruling.

4. Counsel for Defendants requested that Plaintiff's counsel agree to extend time for the Defendants to respond to the FAC until March 6, 2025, because of press of business, and conflicts in scheduling. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), an extension request filed before the expiration of a deadline may be granted "for good cause."

5. Counsel for Plaintiff agreed to grant Defendants until March 6, 2025 to file their response to the FAC.

6. Counsel for the parties respectfully request that the Court approve this stipulated motion and allows the Defendants to file their response to the FAC on or before March 6, 2025.

Respectfully submitted this <u>27th</u> day of February, 2025.

*/s/ Colin M. Thompson*
**THOMPSON LAW, LLC**
Colin M. Thompson, F0221
*Attorney for Marianas Pacific Express, LLC d/b/a Marianas Southern Airways and Keith Stewart*


*/s/ Mark Scoggins*
**SCOGGINS LAW OFFICE, LLC**
Mark Scoggins, F0347
*Attorney for Star Marianas, Inc.*