F I L E D
Clerk
District Court
FEB 27 2025
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STAR MARIANAS AIR, INC., <br><br> Plaintiff, <br> v. <br><br> SOUTHERN AIRWAYS EXPRESS, LLC, MARIANAS PACIFIC EXPRESS, LLC d/b/a MARIANAS SOUTHERN AIRWAYS, and KEITH STEWART, <br><br> Defendants. | Case No. 1:24-cv-00010 <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS MARIANAS PACIFIC EXPRESS, LLC d/b/a MARIANAS SOUTHERN AIRWAYS AND KEITH STEWART TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Based on the parties' Stipulation to Extend Time for Defendants Marianas Pacific Express, LLC d/b/a/ Marianas Southern Airways and Keith Stewart (collectively "Defendants") to Respond to Plaintiff's First Amended Complaint (ECF No. 52), and FOR GOOD CAUSE SHOWN pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court hereby GRANTS the Stipulation. The Defendants are ordered to file their response to the First Amended Complaint on or before **March 6, 2025.**

IT IS SO ORDERED this 27th day of February 2025.

_____
RAMONA V. MANGLONA
Chief Judge