**MARIANAS LEGAL STRATEGY GROUP, LLC**
Sean E. Frink
Security Title Bldg., 2nd Floor
Isa Drive, Capital Hill
P.O. Box 10001, PMB 323
Saipan, MP 96950
Telephone No. (670)322-9991
Facsimile No. (670)322-9993
sfrink@mlsg.law

**HINSHAW & CULBERTSON LLP**
Michael F. Iasparro
100 Park Avenue
Rockford, IL 61101
Telephone No. (815) 490-4945
Facsimile No. (815) 490-4901
miasparro@hinshawlaw.com

John P. Ryan
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone No. (312) 704-3464
Facsimile No. (312) 704-3001
jryan@hinshawlaw.com

Attorneys for Defendant
Southern Airways Express, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| STAR MARIANAS AIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN AIRWAYS EXPRESS, LLC, MARIANAS PACIFIC EXPRESS LLC d/b/a MARIANAS SOUTHERN AIRWAYS, and KEITH STEWART, <br><br> Defendants. | Civil Action No. 24-00010 <br><br> **MICHAEL F. IASPARRO'S MOTION TO WITHDRAW** <br><br> Judge: Hon. Ramona V. Manglona |

1078630\324725799.v1

NOW COMES Michael F. Iasparro of HINSHAW & CULBERTSON LLP, and for his Motion to Withdraw as Attorney of Record for Defendant Southern Airways Express LLC, states as follows:

1. On or about September 30, 2024, Michael F. Iasparro filed his appearance on behalf of Defendant Southern Airways Express LLC.

2. On February 20, 2025, Michael F. Iasparro was appointed to be a United States Magistrate Judge for the United States District Court for the Northern District of Illinois. Mr. Iasparro expects to be sworn in to that position soon.

3. Defendant Southern Airways Express LLC will continue to be represented by other attorneys who have appearances on file.

WHEREFORE, Michael F. Iasparro of HINSHAW & CULBERTSON LLP respectfully requests that this Honorable Court grant his motion to withdraw as counsel for Defendant Southern Airways Express LLC in the above-referenced matter.

Respectfully submitted,

DATED: May 6, 2025               HINSHAW & CULBERTSON LLP


*/s/ Michael F. Iasparro*
Michael F. Iasparro
Attorney for Defendant
Southern Airways Express, LLC