IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court
MAY 08 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

STAR MARIANAS AIR, INC.,

        Plaintiff,

v.

SOUTHERN AIRWAYS EXPRESS, LLC, MARIANAS PACIFIC EXPRESS LLC d/b/a MARIANAS SOUTHERN AIRWAYS, and KEITH STEWART,

        Defendants.

Case No. 1:24-cv-00010

ORDER GRANTING ATTORNEY MICHAEL F. IASPARRO'S MOTION TO WITHDRAW

Attorney Michael F. Iasparro, one of the attorneys of record for Defendant Southern Airways Express, LLC, motioned the Court to withdraw as counsel for Defendant Southern Airways Express, LLC (ECF No. 66).

Pursuant to Local Rule 83.4(b) and for GOOD CAUSE HAVING BEEN SHOWN, Michael F. Iasparro's Motion to Withdraw as counsel for Defendant Southern Airways Express, LLC is GRANTED. Defendant Southern Airways Express, LLC is still represented by other counsel.

IT IS SO ORDERED on this 8th day of May 2025.

                              RAMONA V. MANGLONA
                              Chief Judge