**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
Paradiso Resort & Spa, Suite 301
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorneys for Marianas Pacific Express, LLC*
*d/b/a Marianas Southern Airways and*
*Keith Stewart*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STAR MARIANAS AIR INC., <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHERN AIRWAYS EXPRESS, LLC, MARIANAS PACIFIC EXPRESS, LLC d/b/a MARIANAS SOUTHERN AIRWAYS, and KEITH STEWART, <br><br> Defendants. | Case No. 1:24-CV-00010 <br><br> MARIANAS PACIFIC EXPRESS, LLC dba MARIANAS SOUTHERN AIRWAYS, AND KEITH STEWART'S LIMITED INITIAL DISCLOSURES |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Scheduling Order (ECF No. 69), Defendant Marianas Pacific Express, LLC d/b/a Marianas Southern Airways ("MSA") and Keith Stewart ("Defendants") submits their limited initial disclosures to Plaintiff Star Marianas Air Inc., and this Court.

**A.　　WITNESSES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants offers the names of the following individuals who are likely to have discoverable information that Defendants may use to support their defenses and incorporates those disclosed by the Plaintiff.

| Name of Witness | Contact Information | Subject of Information |
|---|---|---|
| Keith J. Stewart | c/o Colin M. Thompson<br>Thompson Law, LLC | All information regarding the formation of MSA, negotiations with the CNMI Government and Southern Airways Express, LLC. |
| William Giles | c/o Colin M. Thompson<br>Thompson Law, LLC | All information regarding the operations of MSA. |
| Jerry Barcinas | c/o Colin M. Thompson<br>Thompson Law, LLC | All information relating to the business operations of MSA in Rota. |
| Maureen Ciano | c/o Colin M. Thompson<br>Thompson Law, LLC | All information relating to the business operations of MSA in Saipan. |
| John Filler | c/o Colin M. Thompson<br>Thompson Law, LLC | All information relating to the business operations of MSA in Guam. |
| Ian Vanderbeek | c/o Colin M. Thompson<br>Thompson Law, LLC | All information relating to the business operations of MSA. |
| David Atalig | Unknown | All information relating to the agreements entered by MSA with the CNMI Government. |
| Stan Little | c/o Sean E. Frink<br>Marianas Legal Strategy Group, LLC | All information regarding the formation of MSA, negotiations with the CNMI Government and Southern Airways Express, LLC. |
| Keith Sisson | c/o Sean E. Frink<br>Marianas Legal Strategy Group, LLC | All information regarding the formation of MSA, negotiations with the CNMI Government and Southern Airways Express, LLC. |
| James Smith | c/o Sean E. Frink<br>Marianas Legal Strategy Group, LLC | All information regarding the formation of MSA, negotiations with the CNMI Government and Southern Airways Express, LLC, and the operations of MSA. |

//

//

**B. DOCUMENTS**

Documents include the following: 1) corporate records sufficient to identify the legal names, structures, and descriptions of the entities involved, 2) email communications relevant to the events of this action, 3) correspondence with governmental agencies, third parties, and internal personnel relevant to the events of this action, 4) employee personnel files. Defendants shall supplement these initial disclosures as necessary pursuant to Fed. R. Civ. P. 26(a)(1)(b).

**C. DAMAGES COMPUTATION**

Not applicable.

**D. INSURANCE**

Defendants are unaware of any insurance coverage that would provide coverage for the claims asserted against Keith Stewart and MSA in this lawsuit.

Respectfully submitted on May 22, 2025.

/s/ Colin. M. Thompson
**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
*Attorneys for Marianas Pacific Express, LLC d/b/a Marianas Southern Airways and Keith Stewart*