MARK A. SCOGGINS
SCOGGINS LAW OFFICE, LLC
2nd Floor, MIC1 U2, 2601 Chalan MSGR Guerrero
Chalan Laulau Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256
Email: scogginslawoffice@gmail.com
        markascoggins@gmail.com

Attorney for Star Marianas Air, Inc.

# THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STAR MARIANAS AIR, INC., ] | Case 1:24-CV-00010 |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | **LIMITED INITIAL** |
| ] | **DISCLOSURES** |
| SOUTHERN AIRWAYS EXPRESS, LLC, ] | |
| *et al.,* ] | |
| ] | |
| Defendants. ] | |

COMES NOW Plaintiff Star Marianas Air, Inc, and provides the following addendum to its Limited Initial Disclosures (ECF70).

    1.    Individuals likely to have discoverable information or information that may be used to support Plaintiff's claims are as follows:

        a.    Robert Christian – Chief Executive Officer
                Star Marianas Air, Inc.
                Via Scoggins Law Office, LLC
                Saipan, MP 96950
                670-234-7455 / 7427

        b.    Shaun Christian – President
                Star Marianas Air, Inc.
                Via Scoggins Law Office, LLC
                Saipan, MP 96950
                670-234-7455 / 7427

        c.    Paz Christian – Chief Financial Officer
                Via Scoggins Law Office, LLC
                Saipan, MP 96950
                670-234-7455 / 7427

d.    Alma Canlas – Executive Vice President
Star Marianas Air, Inc.
Via Scoggins Law Office, LLC
Saipan, MP 96950
670-234-7455 / 7427

e.    James Weathersbee – Accounting Consultant
Star Marianas Air, Inc.
Via Scoggins Law Office, LLC
Saipan, MP 96950
670-234-7455 / 7427

f.    Dave Burger
Burger Comer & Associates, LLC
P.O. Box 504053
Saipan, MP 96950
670-235-8722

Respectfully submitted May 23, 2025.

MARK SCOGGINS
Attorney for Star Marianas Air, Inc.

*Limited Disclosures Addendum - Page 2 of 3*