MARK SCOGGINS
Scoggins Law Office, LLC
2nd Floor, MIC1, 2601 Chalan MSGR Guerrero
Chalan Laulau Village
P.O. Box 501127
Saipan, MP 96950
Tel. 670-234-7455 / 234-7427
Fax. 670-234-7256
Email: scogginslawoffice@gmail.com
        markascoggins@gmail.com

Attorney for Star Marianas Air., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| STAR MARIANAS AIR, INC. | ] | Civil Action No. 24-0010 |
| | ] | |
| Plaintiff, | ] | |
| | ] | **STIPULATION OF DISMISSAL** |
| v. | ] | **UNDER RULE 41(a)(1)(A)(ii)** |
| | ] | |
| SOUTHERN AIRWAYS EXPRESS, LLC, | ] | |
| MARIANAS PACIFIC EXPRESS, LLC | ] | |
| dba MARIANAS SOUTHERN AIRWAYS, | ] | |
| and KEITH STEWART | ] | |
| | ] | |
| Defendants. | ] | |
| | ] | |

COME NOW the Parties hereto and stipulate to dismiss this matter, with prejudice , and with each of the parties to bear its own attorney fees and costs.  This stipulation is brought pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) which provides that "...the plaintiff may dismiss an action without a court order by filing... a stipulation of dismissal signed by all parties who have appeared."

IT IS SO STIPULATED.

1

_____/s/_____
MARK SCOGGINS
Attorney for Star Marianas Air, Inc.

_____/s/_____
BRIAN R. ZEECK (Pro Hac Vice)
Attorney for Southern Airways Express, LLC

_____/s/_____
SEAN E. FRINK
Attorney for Southern Airways Express, LLC

_____/s/_____
COLIN M. THOMPSON
Attorney for Marianas Pacific  Express, LLC
And Keith Stewart