FILED
Clerk
District Court
MAY 21 2026
for the Northern Mariana Islands
By_____ JP _____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

STAR MARIANAS AIR, INC.,

        Plaintiff,

    v.

SOUTHERN AIRWAYS EXPRESS,
LLC, *et al.*

        Defendants.

Case No. 1:24-cv-00010

**ORDER DIRECTING**
**CASE CLOSURE**

On May 18, 2026, the Parties filed a Stipulation of Dismissal Under Rule 41(a)(1)(A)(ii) (ECF No. 105), in which the Parties represent that they stipulate to dismissal of this matter with prejudice, each party to bear their own fees and costs.

Under Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared[,]" Fed. R. Civ. P. 41(a)(1)(A)(ii), with such dismissal being without prejudice "[u]nless the notice or stipulation states otherwise," *id.* 41(a)(1)(B). Here, the Parties' Stipulation is signed by counsel for all Parties and indicates that the dismissal is with prejudice. As such, this action was DISMISSED WITH PREJUDICE with the filing of the Parties' Stipulation. All outstanding motions are DENIED AS MOOT. All hearings are VACATED. The Clerk is directed to close the case.

//

//

1

IT IS SO ORDERED this 21st day of May, 2026.

_____
RAMONA V. MANGLONA
Chief Judge